NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

DREW MICHAEL WITZIG, *Petitioner*

No. 1 CA-CR 19-0481 PRPC
FILED 9-17-2020

Petition for Review from the Superior Court in Mohave County
No. S8015CR201600090
The Honorable Billy K. Sipe, Judge *Pro Tempore*

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Mohave County Attorney's Office, Kingman
By Matthew J. Smith
*Counsel for Respondent*

Drew Michael Witzig, Eloy
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge Jennifer M. Perkins, Judge David B. Gass, and Judge Michael J. Brown delivered the decision of the Court.

**PER CURIAM**:

**¶1**        Petitioner Drew Michael Witzig seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1.  This is petitioner's second petition.

**¶2**        Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012).  It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief.  *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**        We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review.  Petitioner has not established an abuse of discretion.

**¶4**        For the foregoing reasons, we grant review but deny relief.



AMY M. WOOD • Clerk of the Court
FILED:    AA